THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:10-cv-00983-MMH-JRLK

APRIL COFFMAN,

    Plaintiffs,

v.

M.G. CREDIT, INC, a corporation, and
MARGUERITE GILLIAM, an individual,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of the Southern District of Florida, Plaintiff's Notice of Settlement with all claims pending having been resolved to the parties satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

    Respectfully submitted,
    **APRIL COFFMAN**

    By: s/ Alex Weisberg
    ALEX D. WEISBERG
    FBN: 0566551
    WEISBERG & MEYERS, LLC
    ATTORNEYS FOR PLAINTIFF

        5722 S. Flamingo Road, Ste. 656  
        Cooper City, FL 33330  
        (954) 212-2184  
        (866) 577-0963 fax  
        aweisberg@attorneysforconsumers.com

I HEREBY CERTIFY THAT this Notice was filed on this 22nd day of July, 2011, by means of the CM/ECF system which will send notice of electronic filing to the following: Mr. Anwar Sober, snoberlaw@gmail.com

    By: s/ Alex Weisberg  
    ALEX D. WEISBERG  
    FBN: 0566551  
    WEISBERG & MEYERS, LLC  
    ATTORNEYS FOR PLAINTIFFS  
    5722 S. Flamingo Road, Ste. 656  
    Cooper City, FL 33330  
    (954) 212-2184  
    (866) 577-0963 fax  
    aweisberg@attorneysforconsumers.com