UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**APRIL COFFMAN**,

        Plaintiff,

v                                           **Case No. 3:10-cv-983-J-37JRK**

**M.G. CREDIT INC., et al,**

        Defendants.

## ORDER

Upon the parties' Joint Stipulation for Voluntary Dismissal with Prejudice (Doc.30), filed January 24, 2012, it is **ORDERED** and **ADJUDGED** that:

    1.     This cause is hereby **DISMISSED WITH PREJUDICE.**, each party to bear its own attorneys' fees and costs.

    2.     The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Jacksonville, Florida on this 25th day of January, 2012.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record